IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hardwick, Mark E | Case Number: 07 B 19414 |
| | Judge: Wedoff, Eugene R |
| Printed: 7/22/08 | Filed: 10/19/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: June 5, 2008
Confirmed: December 13, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 4,200.00 | |
| Secured: | | 3,971.28 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 228.72 |
| Other Funds: | | 0.00 |
| Totals: | 4,200.00 | 4,200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Thav & Ryke PLLC | Administrative | 3,060.00 | 0.00 |
| 2. | Citi Residential Lending Inc | Secured | 3,892.07 | 2,780.05 |
| 3. | Santander Consumer USA | Secured | 15,906.37 | 1,027.49 |
| 4. | Cook County Treasurer | Secured | 1,505.15 | 163.74 |
| 5. | Citi Residential Lending Inc | Secured | 14,510.03 | 0.00 |
| 6. | NDC Check Services | Unsecured | 232.55 | 0.00 |
| 7. | Santander Consumer USA | Unsecured | 1,218.09 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 986.89 | 0.00 |
| 9. | Internal Revenue Service | Priority | | No Claim Filed |
| 10. | Credit Management Co. | Unsecured | | No Claim Filed |
| 11. | Credit Protection Association | Unsecured | | No Claim Filed |
| | | | $ 41,311.15 | $ 3,971.28 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 217.34 |
| 6.5% | 11.38 |
| | $ 228.72 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hardwick, Mark E | Case Number: 07 B 19414 |
| | Judge: Wedoff, Eugene R |
| Printed: 7/22/08 | Filed: 10/19/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

